✎AO 241
(Rev. 10/07)

RECEIVED

2016 AUG 10  AM 9: 20

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Southern District of New York |
|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| Mitchell Taebel | IND. 2536-2012 |

| Place of Confinement : parole has been transferred from New York to Indiana | Prisoner No.: n/a |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Mitchell Taebel, Mitchell T. Taebel | v. Justice Michael Sonberg |

The Attorney General of the State of  New York

PETITION  16CV6337

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

New York City Criminal Court, 111 Centre St., New York, NY 10013

(b) Criminal docket or case number (if you know):   IND. 2535/12

2.   (a) Date of the judgment of conviction (if you know):   1/9/2013

(b) Date of sentencing:   5/10/2013

3.   Length of sentence:   6 months incarceration and 5 years probation

4.   In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case:
one count of Attempted Assault in the Second Degree (Penal Law 110/120.05[1])
and one count of Assault in the Third Degree (Penal Law 120.00[1])

6.   (a) What was your plea? (Check one)

☑ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

☐ (2)   Guilty            ☐ (4)   Insanity plea

AO 241
(Rev. 10/07)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

n/a

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury     ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☑ No

8.   Did you appeal from the judgment of conviction?

☑ Yes     ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:     New York Supreme Court Appellate Division - First Department

(b) Docket or case number (if you know):     2536/12

(c) Result:     affirmation of conviction

(d) Date of result (if you know):     4/26/2016

(e) Citation to the case (if you know):

(f) Grounds raised:
Insufficient Evidence
Violations of Due Process

(g) Did you seek further review by a higher state court?     ☑ Yes     ☐ No

If yes, answer the following:

(1) Name of court:     New York Court of Appeals

(2) Docket or case number (if you know):     2536/12

(3) Result:
     Denied request for permission to appeal

(4) Date of result (if you know):     7/27/2016

AO 241
(Rev. 10/07)

(5) Citation to the case (if you know):

(6) Grounds raised:
   Insufficient Evidence

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:   New York Criminal Court, 111 Centre St.

(2) Docket or case number (if you know):   2536/12

(3) Date of filing (if you know):   3/25/2013

(4) Nature of the proceeding:   330.30(1) Motion to Set Aside Verdict (before sentancing)

(5) Grounds raised:
   Legally Insufficient Evidence
   Violations of Due Process

   *filing date is aproximate, date the document was signed was used

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result:   Denial

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:    New York Criminal Court, 111 Centre St.

    (2) Docket or case number (if you know):    2536/12

    (3) Date of filing (if you know):    8/23/2013

    (4) Nature of the proceeding:    440.10 Motion to Vacate Judgement (after sentancing)

    (5) Grounds raised:
        Insufficient Evidence

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐  Yes    ☑  No

    (7) Result:   denial

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes     ☐   No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1)  First petition:        ☐   Yes      ☑   No

(2)  Second petition:   ☑   Yes      ☐   No

(3)  Third petition:       ☐   Yes      ☐   No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

   The 330.30 Motion to Set Aside the Verdict was written before sentancing by a private Attorney who
   suggested not to seek leave to Appeal the 330.30 and rather focus on Appeal.


12.      For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
         laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
         supporting each ground.

         CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
         remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
         grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
Leggally Insufficient Evidence


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   1) The complaining witness's testomony contradicts the only other witness and that of the Defendant's.
   2) There are inherant contradictions within the testimony of the complaining witness.
   3) The complaining witness's testimony does not make sense and should be legally increadible.


(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241
(Rev. 10/07)

(c)   **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   440.10 Motion to Vacate Judgement

Name and location of the court where the motion or petition was filed:
New York Criminal Court, 111 Centre St.

Docket or case number (if you know):   2536/12

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
The clerk's office was unable to give me the decision date.

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
An Application for Permission to Appeal was filed with the Appellate Court - First Department

Docket or case number (if you know):   2536/12

Date of the court's decision:   5/27/2014

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :
have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241
(Rev. 10/07)

(b) If you did not exhaust your state remedies on Ground Three, explain why?


(c)   **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

   (2) If you did not raise this issue in your direct appeal, explain why:


(d)   **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      ☐ Yes    ☐ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:


   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):


   (3) Did you receive a hearing on your motion or petition?                          ☐ Yes    ☐ No

   (4) Did you appeal from the denial of your motion or petition?                      ☐ Yes    ☐ No

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:


   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 10/07)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)      **Direct Appeal of Ground Four:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?    ❑ Yes    ❑ No

      (2) If you did not raise this issue in your direct appeal, explain why:

(d)      **Post-Conviction Proceedings:**

      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ❑  Yes    ❑  No

      (2) If your answer to Question (d)(1) is "Yes," state:

      Type of motion or petition:

AO 241
(Rev. 10/07)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 10/07)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?  ☑ Yes    ☐ No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them:

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so,

        ground or grounds have not been presented, and state your reasons for not presenting them:

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?  ☐ Yes  ☑ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?  ☐ Yes  ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

    raised.

AO 241
(Rev. 10/07)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

      judgment you are challenging:

      (a) At preliminary hearing:


      (b) At arraignment and plea:


      (c) At trial:
          Pro-Se

      (d) At sentencing:
          Thomas Kenniff 87 Walker Street, 2nd Floor New York, NY 10013

      (e) On appeal:
          Jan Hoth 120 Wall Street, 28th Floor New York, NY 10005

      (f) In any post-conviction proceeding:
          The 330.30 was Represented By Raiser & Kenniff at 87 Walker Street, 2nd Floor New York, NY
          10013 and the 440.10 was Pro-Se

      (g) On appeal from any ruling against you in a post-conviction proceeding:


17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

      challenging?        ☐ Yes    ☑ No

      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:



      (b) Give the date the other sentence was imposed:

      (c) Give the length of the other sentence:

      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

      future?        ☐ Yes    ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

      why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

      I have been exhausting all of my state remedies and received a response from the Court of Appeals
      denying to hear the Appeal only a few days ago on 7/27/2016

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.   § 2244(d) provides in

part that:

     (1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of –

          (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

          (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

          (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

          (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 10/07)

(2)    The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

Please Vacate/Overturn the Judgements of attempted assault in the second degree and assault in the third
degree and release me from parole.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____8/4/2016_____ (month, date, year).

Executed (signed) on _____8/4/2016_____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Mitch Taebel
2020 Golden Gate Dr.
Long Beach, IN 46360





United States District Court
Southern District of New York
Pro se Office, Room 200
500 Pearl Street
New York, NY 10007