UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

Mitchell Taebel

v.

Case No. 16-CV-6337

Michael Sonberg

    RESPONDENT.

— — — — — — — — — — — — — — — — — —X

## Motion to request transfer of Jurisdiction

This Petitioner requests Justice Colleen McMahon to have Jurisdiction over this Case.

Dated: January, 13 2018

Submitted By,

*[signature]*

Mitch Taebel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-22-18

Mitch Traebel
2020 Golden Gate Dr.
Long Beach, IN 46360

USMP3
SDNY

PHOENIX AZ 852
16 JAN 2018 PM 4 L

Colleen McMahon
500 Pearl St
New York, NY 10007

