UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------
                                            :
MITCHELL TAEBEL,                            :
                                            :            16cv6337
                     Petitioner,            :
                                            :            MEMORANDUM & ORDER
      -against-                             :
                                            :
JUSTICE MICHAEL SONBERG,                    :
                                            :
                     Respondent.            :
                                            :
-------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

                Mitchell Taebel brings this petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2254.  This Court referred the matter to Magistrate Judge James L. Cott for a report and

recommendation.  On November 29, 2017, Magistrate Judge Cott issued his Report and

Recommendation (the "Report"), recommending that this Court deny Taebel's petition in its

entirety.  Thereafter, Taebel filed objections to the Report.  Having reviewed the Report and the

underlying record, this Court adopts the Report in full and denies Taebel's objections.

Accordingly, this matter is dismissed.

                A district court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  This Court reviews

de novo the portions of the Report to which objections are made and reviews the remainder for

clear error on the face of the record.  28 U.S.C. § 636(b)(1); Mulosmanaj v. Colvin, 2016 WL

4775613, at *2 (S.D.N.Y. Sept. 14, 2016).  Taebel's objections reiterate the arguments he made

to the magistrate judge.  (Compare ECF No. 14, at 1, 3 (reiterating claims that witnesses

contradicted each other and were not credible), with ECF No. 1, at 5 (claiming that witnesses

contradicted each other and were not credible).).  It is improper for an objecting party to rehash

the same arguments previously advanced before a magistrate judge. See Ortiz v. Barkley, 558 F.

Supp. 2d 444, 451 (S.D.N.Y. 2008). As such, Taebel's objections do not warrant de novo

review, and this Court "is only obliged to review the Report for clear error." See Ortiz, 558 F.

Supp. 2d at 451; Vaccariello v. XM Satellite Radio, Inc., 295 F.R.D. 62, 67 (S.D.N.Y. 2013) ("In

the event a party's objections are conclusory or general, or simply reiterate original arguments,

the district court also reviews the Report and Recommendation for clear error.").

        Separately, Taebel appends several documents to his filed objections, only some

of which are in the record. With respect to the documents that were not in the record before the

magistrate judge, it is "well settled that '[c]ourts generally do not consider new evidence raised

in objections to a magistrate judge's report and recommendation,'" and such evidence is

"merited only in rare cases, where the party . . . has offered 'a most compelling reason' for the

late production of such evidence, or a 'compelling justification for [its] failure to present such

evidence to the magistrate judge.'" Fischer v. Forrest, 286 F. Supp. 3d 590, 603 (S.D.N.Y. 2018)

(citations omitted) (alterations in original); accord Schlichting v. Astrue, 11 F. Supp. 3d 190, 197

(N.D.N.Y. 2012). This is not one of those rare cases—Taebel offers no reason or justification

for failing to present these documents to the magistrate judge. As for those documents that are in

the record below, they do not support the inferences Taebel asks this Court to draw.

        In sum, this Court has reviewed Magistrate Judge Cott's extremely thorough and

well-reasoned Report, and finds that it is not erroneous on its face. See 28 U.S.C.

§ 636(b)(1)(C). Accordingly, this Court adopts the Report in its entirety and dismisses Taebel's

petition.

        Taebel also filed two motions requesting that this Court subpoena any complaints

against Justice Michael Sonberg. Those applications are denied.

Finally, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of Court is directed to terminate the motions pending at ECF Nos. 21 and 23 and to mark this case as closed.

Dated: June 5, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.